WINNIE DUDLEY, ADMINISTRATRIX, *ETC.*, PLAINTIFF-RESPONDENT, v. VICTOR LYNN LINES, INC., DEFENDANT-PETITIONER.

See same case below: 48 *N. J. Super.* 457.

*Messrs. Morrison, Lloyd & Griggs* for the petitioner.

*Messrs. Hirschberg, Nashel, Zorn & Cronson* and *Mr. Aaron Gordon* for the respondent.

March 24, 1958.   Granted.

NICHOLAS D. DeRIENZO, PLAINTIFF-PETITIONER, v. MORRISTOWN AIRPORT CORPORATION, DEFENDANT-RESPONDENT.

*Messrs. Shaw, Pindar, McElroy & Connell* for the petitioner.

*Messrs. Ryan & Saros* for the respondent.

March 24, 1958.   Granted.